NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYAN J. PIKE,                              )
                                            )
          Appellant,                )
                                            )
v.                                          )       Case No. 2D17-2880
                                            )
STATE OF FLORIDA,                           )
                                            )
          Appellee.                 )
_____)

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Bryan J. Pike, pro se.


PER CURIAM.


          Affirmed.


CRENSHAW, MORRIS, and BLACK, JJ., Concur.